UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

Case No. 18-21398-CIV-MARTINEZ-OTAZO-REYES

NLG, LLC,

    Plaintiff,

v.

SELECTIVE ADVISORS GROUP, LLC,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING AND REQUEST TO TAKE JUDICIAL NOTICE

Defendant Selective Advisors Group, LLC ("Selective") files the following and respectfully requests the Court to take judicial notice of the following pleadings filed by NLG, LLC ("NLG") and its principal Chris Kosachuk ("Kosachuk") on October 11, 2019 and Order entered by the Honorable Judge Cote on November 13, 2019 **Denying** NLG and Kosachuk's Motions for reconsideration, Amend/Correct Judgment in parallel identical action in U.S. District Court Southern District of New York (Foley Square) CIVIL DOCKET FOR CASE #: **1:19-cv-04844-DLC titled Chris Kosachuk (Joined by NLG, LLC) v. Selective Advisors Group, LLC**:

**MOTION to Alter Judgment** re: 94 Memorandum & Opinion, ., MOTION to Amend/Correct 94 Memorandum & Opinion, ., MOTION for Reconsideration re; 94 Memorandum & Opinion, . Document filed by Chris Kosachuk. Return Date set for 11/4/2019 at 02:00 PM. (Kosachuk, Chris) (Entered: 10/11/2019). Attached as **Exhibit "A"**.

**MEMORANDUM OF LAW in Support** re: 95 MOTION to Alter Judgment re: 94 Memorandum & Opinion, . MOTION to Amend/Correct 94 Memorandum & Opinion, . MOTION for Reconsideration re; 94 Memorandum & Opinion, . . Document filed by Chris Kosachuk. (Kosachuk, Chris) (Entered: 10/11/2019). Attached as **Exhibit "B"**.

**MEMORANDUM OF LAW in Opposition** re: 95 MOTION to Alter Judgment re: 94 Memorandum & Opinion, . MOTION to Amend/Correct 94 Memorandum & Opinion, . MOTION for **Reconsideration** re; 94 Memorandum & Opinion, . . Document filed by Selective Advisors Group, LLC. (Sullivan, Nicole) (Entered: 10/25/2019). Attached as **Exhibit "C"**.

**REPLY MEMORANDUM OF LAW in Support** re: 95 MOTION to Alter Judgment re: 94 Memorandum & Opinion, . MOTION to Amend/Correct 94 Memorandum & Opinion, . MOTION for Reconsideration re; 94 Memorandum & Opinion, . . Document filed by Chris Kosachuk. (Kosachuk, Chris) (Entered: 10/28/2019). Attached as **Exhibit "D"**.

**MEMORANDUM OPINION AND ORDER**......The October 11, 2019 motion for reconsideration is denied. (Signed by Judge Denise L. Cote on 11/13/2019) (gr) (Entered: 11/13/2019). Attached as **Exhibit "E"**.

Respectfully submitted,

> Joel M. Aresty, P.A.
> Attorneys for Defendant
> By: /s/ Joel M. Aresty, Esq.
> 309 1st Ave S
> Tierra Verde, FL 33715
> Fax: 800-559-1870
> Phone: (305) 904-1903
> Aresty@Mac.com
> Fla. Bar No. 197483
> Email: aresty@Mac.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of November, 2019, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:/s/ Joel M. Aresty, Esq

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE:**

Astrid E. Gabbe, Esquire on behalf of NLG, LLC; astridgabbe@gmail.com
Juan Ramirez, Jr., Esquire on behalf of NLG, LLC; jr@adrmiami.com
Dan Bushell, Esquire on behalf of Selective Advisors Group, LLC; dan@bushellappellatelaw.com, eavila@bermandevalerio.com
Geoffrey Stuart Aaronson on behalf of Selective Advisors Group, LLC; gaaronson@aspalaw.com, lbenavides@aspalaw.com, tmckeown@aspalaw.com
Ray Garcia; rgarcia@raygarcialaw.com, ngarcia@raygarcialaw.com, sandra@raygarcialaw.com