Case 1:18-cv-21398-JEM Document 153-1 Entered on FLSD Docket 11/25/2019 Page 1 of 2
Case 1:19-cv-04844-DLC Document 95 Filed 10/11/19 Page 1 of 2

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

**Case No. 19-cv-4844-DLC**

CHRIS KOSACHUK,

    Plaintiff

v.

SELECTIVE ADVISORS GROUP, LLC,

    Defendant

_____/

## NOTICE OF MOTION FOR REHEARING/RELIEF/AMENDMENT OF THE SEPTEMBER 30, 2019 OPINION AND ORDER [DOC. 94]

    PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law in support of Motion for Rehearing/Relief/Amendment of the September 30, 2019 Opinion and Order [Doc. 94] dated October 11, 2019, Plaintiff Chris Kosachuk and Intervenor, NLG, LLC will move this Court at Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312 before the U.S. District Court Judge Denise L Cote, Courtroom: 18B on November 4, 2019, at 2:00PM, or as soon thereafter as counsel can be heard, for an order vacating the September 30, 2019 Opinion and Order, an order granting summary judgment of the verified complaint and for such further and other relief as applicable

    PLEASE TAKE FURTHER NOTICE THAT oral argument will be held on the date as designated by the court.

October 11, 2019.

                                                       Respectfully submitted,

| | |
|---|---|
| **NLG, LLC** | **CHRIS KOSACHUK** |
| **Intervenor** | **PRO SE PLAINTIFF** |
| Juan Ramirez, Jr. | Chris Kosachuk |
| ADR Miami, LLC | 854 Pheasant Run Rd. |
| Florida Bar No. 201952 | West Chester, PA 19382 |
| ADR Miami LLC | (305) 490-5700 |
| 1172 S. Dixie Hwy. #341 | chriskosachuk@gmail.com |
| Coral Gables, FL 33146 | |
| (305) 667-6609 | |
| jr@adrmiami.com | |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF to the parties on the attached service list as indicated on this 11th day of October, 2019.

| | |
|---|---|
| **NLG, LLC** | *Pro Se* **Plaintiff** |
| **Intervenor** | |
| Juan Ramirez, Jr. | */S/ CHRIS KOSACHUK* |
| ADR Miami, LLC | Chris Kosachuk |
| Florida Bar No. 201952 | 854 Pheasant Run Rd |
| ADR Miami LLC | West Chester, PA 19382-8144 |
| 1172 S. Dixie Hwy. #341 | (305) 490-5700 |
| Coral Gables, FL 33146 | chriskosachuk@gmail.com |
| (305) 667-6609 | |
| jr@adrmiami.com | |

### SERVICE LIST

**Via CM/ECF**

Nicole Ann Sullivan, Esq. on behalf of Selective Advisors Group, LLC
Sullivann@whiteandwilliams.com
Shruti Panchavati, Esq. on behalf of Selective Advisors Group, LLC
Panchavatis@whiteandwilliams.com